354 A.2d 250

**Mary STUTT, Appellant,**

v.

**John STUTT, III.**

Supreme Court of Pennsylvania.

April 7, 1976.

Andrew Mutch Knowlton, Philadelphia, for appellant.

S. Stanton Miller, Jr., Media, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Appellant having been allowed to proceed *in forma pauperis*, there is no assessment of costs.

JONES, C. J., took no part in the consideration or decision of this case.